EUGENE J. EGAN (State Bar No. 130108)
PAUL HANNA (State Bar No. 222012)
MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant
TARGET CORPORATION

FILED
CLERK, U.S. DISTRICT COURT
MAR - 8 2011
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOYCE LEWIS,

    Plaintiff,

vs.

TARGET CORPORATION, a corporation and DOES 1-10, Inclusive,

    Defendants.

USDC CASE NO.: CV10-7146 SVW (RZx)

LASC CASE NO: BC443615

[PROPOSED] ORDER RE STIPULATION OF DISMISSAL

Complaint Filed: 8/13/10
Trial Date:        2/22/11

IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

IT IS SO ORDERED.

DATED: March 8, 2011

HONORABLE STEPHEN V. WILSON

G:\docsdata\EJE\EJE PROLAW ACTIVE CASES\Lewis v. Target\Pleadings\Stip re Dismissal-Order.wpd

-1-
[PROPOSED] ORDER RE STIPULATION OF DISMISSAL